# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID ROBINSON, | : | |
|           Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 18-1743 |
| PHILIP MORRIS USA, INC, et al., | : | |
|           Defendants. | : | |

## ORDER

**AND NOW**, this 22nd day of April, 2019, upon consideration of the Motion by Defendants R.J. Reynolds Tobacco Company and Philip Morris USA, Inc. to Dismiss for Failure to State a Claim (Doc. No. 28) and the separate Motion by Defendant Philip Morris USA to Dismiss for Lack of Product Use (Doc. No. 27), it is hereby **ORDERED** that:

1. Defendants' Motion to Dismiss Plaintiff's claims as time barred is **DENIED**;

2. Defendants' Motion to Dismiss Plaintiff's product liability claim in Count I of the Amended Complaint is **DENIED** to the extent that Plaintiff alleges defects in Defendants' warnings prior to 1969 and **GRANTED** in all other respects;

3. Defendants' Motion to Dismiss Plaintiff's negligence claim in Count II of the Amended Complaint is **DENIED**;

4. Defendants' Motion to Dismiss Plaintiff's "youth marketing" claim in Count III of the Amended Complaint is **GRANTED**;

5. Defendants' Motion to Dismiss Plaintiff's Complaint for insufficient process is **DENIED WITHOUT PREJUDICE**. Plaintiff shall have **forty-five (45) days** from the date of this Order in which to effectuate proper service on the Defendants. Failure to do so may result

in dismissal of his Amended Complaint. Defendants shall have **twenty-one (21) days** after service in which to file Answers.

6. Defendant Philip Morris's separate Motion to Dismiss for Lack of Product Use is **DENIED**.

    **BY THE COURT:**

    */s/ Mitchell S. Goldberg*
    _____
    **MITCHELL S. GOLDBERG, J.**